*E-FILED: March 4, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR LEONEL PICART, et al., | No. C13-00746 HRL |
| Plaintiff, | **INTERIM ORDER RE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | |

Hector Picart seeks leave to proceed in forma pauperis (IFP). There are, however, several named would-be plaintiffs in this matter, including Lana Arellano. She must also file an IFP application and is directed to do so **no later than March 18, 2013**.[1]

SO ORDERED.[2]

Dated: March 4, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The court will not require IFP applications from the remaining plaintiffs, who are identified as Picart's minor children.

[2] The complaint lists the Picarts' and Arellano's contact information as P.O. Box 62301, Sunnyvale, CA 94088. Hector Picart's IFP application, however, gives 123 E. San Carlos Street #305, San Jose, CA 95112 as his address. The court will send this order to him at both places. But the parties are advised that they are obliged to keep the court informed of their current contact information and to promptly file a Notice of Change of Address if their address changes. Their complaint is subject to dismissal if they fail to do so. Civ. L.R. 3-11.

1 | 5:13-cv-000746-HRL Notice sent by U.S. Mail to:

2-3 | Hector Leonel Picart
P.O. Box 62301
Sunnyvale, CA 94088

4-5 | Hector Leonel Picart
123 E. San Carlos Street #305
San Jose, CA 95112

6-7 | Lana Arellano
P.O. Box 62301
Sunnyvale, CA 94088

8-9 | Ayla Picart
P.O. Box 62301
Sunnyvale, CA 94088

10-11 | Mirabella Picart
P.O. Box 62301
Sunnyvale, CA 94088