*E-FILED: May 24, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR LEONEL PICART; LANA ARELLANO; MIRABELLA Y. PICART, minor; and AYLA J. PICART, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, SANTA CLARA PROBATION DEPARTMENT; SUNNYVALE PUBLIC SAFETY, et al.,<br><br>Defendants. | No. C13-00746 HRL<br><br>**ORDER DIRECTING CLERK TO CLOSE THE FILE** |

The parties having stipulated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, each party to bear its own fees and costs, all previously scheduled deadlines and appearances are vacated. The Clerk of the Court shall close this file.

SO ORDERED.

Dated: May 24, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-00746-HRL Notice has been electronically mailed to:

Aryn Paige Harris     aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Gregory Mellon Fox     gfox@bfesf.com, ahelfrich@bfesf.com, jtaheny@bfesf.com

5:13-cv-00746-HRL Notice sent by U.S. Mail to:

Hector Leonel Picart
P.O. Box 62301
Sunnyvale, CA 94088

Lana Arellano
P.O. Box 62301
Sunnyvale, CA 94088

Mirabella Y. Picart
P.O. Box 62301
Sunnyvale, CA 94088

Ayla J. Picart
P.O. Box 62301
Sunnyvale, CA 94088